IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO. 2:23-cr-4 |
| STEPHAN DEWAINE JACKSON, | |
| Defendant. | |

**O R D E R**

On May 5, 2023, the parties filed their Joint Status Report. Doc. 37. In that Report, the parties state that all pretrial motions have been satisfied or otherwise resolved. Accordingly, the Court **DENIES as moot** Defendant's motions, docs. 18-31. The Motions Hearing scheduled for May 12, 2023 at 10:00 a.m. as to Defendant Stephan Dewaine Jackson is cancelled.

**SO ORDERED**, this 8th day of May, 2023.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA